1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                   AT TACOMA

10   UNITED STATES OF AMERICA,

11                  Plaintiff,                    CASE NO. CR00-327TSZ & CR11-200RAJ

12        v.                                      INITIAL ORDER RE:
                                                  ALLEGATIONS OF VIOLATION OF
13   RICHARD S. SMITH,                            CONDITIONS OF SUPERVISION

14                  Defendant.

15

16        THIS MATTER comes on for an initial hearing on the Petition of the United States

17   Probation Office alleging that the defendant has violated the conditions of supervision.

18        The plaintiff appears through Assistant United States Attorney, Greg Gruber.

19        The defendant appears personally and represented by counsel, Russell Leonard.

20        The U.S. Probation Office has filed a petition alleging violations of the terms and
     conditions of supervision, and the defendant has been advised of the allegation(s).

21
          The court finds probable cause with regard to the allegation(s) and schedules a
22   hearing on the petition to be held at the time and date below set forth before Judge
     Richard Jones:

23        *Date of hearing: January 6, 2012*

24        *Time of hearing:1:30pm*

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION- 1

IT IS ORDERED that the defendant

☐  Be released on an appearance bond, subject to the terms and conditions set forth thereon.

☒  Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for

the defendant, the United States Marshal and to the United States Probation Office and/or

Pretrial Services Office.

Dated this 19 day of December, 2011.


Karen L. Strombom
United States Magistrate Judge