UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR00-327-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| DAVID ARNOLD BURKE, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on July 13, 2012. The United States was represented by AUSA Thomas Bates and the defendant by Lynn Hartfield for Paula Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 29, 2000 by the Honorable Thomas S. Zilly on a charge of Armed Bank Robbery (two counts) and Bank Robbery (two counts), and sentenced to 150 months custody, 5 years supervised release.[1]

The conditions of supervised release included the standard conditions plus the

---

[1] The Judgment could not be accessed on CM/ECF. This information is taken from the violation report filed by the Probation Officer. (Dkt. 80)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

requirements that defendant submit to search and reside in a residential re-entry center for up to 120 days.   (Dkt. 66, 80.)

On June 18, 2012, defendant admitted violating the conditions of supervised release by testing positive for heroin and marijuana, failing to report for urinalysis, testing positive for heroin and cocaine, and failing to participate in substance abuse treatment. (Dkt. 78.)  A disposition hearing was set before Judge Zilly on August 2, 2012.   Defendant was released on an appearance bond. (Dkt. 79.)

In an application dated (Dkt. 80, 81), U.S. Probation Officer Jennifer J. Tien alleged the following violations of the conditions of supervised release:

1. Using cocaine and marijuana, on or before June 7, 2012, in violation of standard condition No. 7.

2. Using cocaine, marijuana and opiates, on or before June 28, and July 2, 2012, in violation of standard condition No. 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted these violations and waived any evidentiary hearing as to whether they occurred.   (Dkt. 82.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations five and six, and that the Court conduct a hearing limited to the issue of disposition.   The next hearing will be set before Judge Zilly.

/ / /

/ / /

/ / /

01       Pending a final determination by the Court, defendant has been detained.

02       DATED this <u>16th</u> day of July, 2012.

                                                  /s/ Mary Alice Theiler

                                                  Mary Alice Theiler
                                                  United States Magistrate Judge

09 cc:    District Judge:          Honorable Thomas S. Zilly
        AUSA:                 Thomas Bates
10      Defendant's attorney:   Paula Deutsch, Lynn Hartfield
        Probation officer:      Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE

PAGE -3